# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131593(27)

LOUIS ARTHUR LAFFIN,
        Plaintiff-Appellee,

v

MARIZA LAFFIN,
        Defendant-Appellant.

SC: 131593
COA: 266299
Oakland CC: 1999-620238-DM

_____/

On order of the Court, the motion for reconsideration of this Court's November 29, 2006 order is considered, and it is GRANTED. We VACATE our order dated November 26, 2006. On reconsideration, the application for leave to appeal the May 26, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2007

Clerk

d0328